USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
LAUNDRY, DRY CLEANING WORKERS AND      :
ALLIED INDUSTRIES HEALTH FUND,         :
UNITE HERE!,                           :
                                       :
                        Petitioner,    :    07 Civ. 7593 (DLC)
                                       :
          -v-                          :    ORDER
                                       :
LINENS OF EUROPE, INC., LINENS OF      :
EUROPE NEW YORK, INC., AND S DURAN L,  :
                                       :
                        Respondents.   :
-------------------------------------- X
```

DENISE COTE, District Judge:

On August 27, 2007, petitioner filed a petition to confirm an arbitration award dated July 31, 2007. Petitioner filed a motion to confirm the award, along with a memorandum of law in support of that motion, on September 18. The same day, petitioner served the motion on respondents. Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment based on the movant's submissions." D.H. Blair & Co., Inc. v. Gottdiener, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby

ORDERED that petitioner shall submit any additional materials with which it intends to support its petition for confirmation by **November 2, 2007**.

IT IS FURTHER ORDERED that respondent's opposition is due **November 16, 2007**.

IT IS FURTHER ORDERED that petitioner's reply is due **November 30, 2007.**

IT IS FURTHER ORDERED that at the time the reply is served, the petitioner shall submit two courtesy copies of all motion papers, marked as such, to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         October 19, 2007

_____
DENISE COTE
United States District Judge

2