UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE
HERE!, and LAUNDRY, DRY CLEANING
WORKERS AND ALLIED INDUSTRIES
RETIREMENT FUND, UNITE HERE!,

        Petitioners,

 -against-

LINENS OF EUROPE, INC., LINENS OF EUROPE
NEW YORK, INC., and S DURAN L, as a single
employer,

        Respondents.
------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12/20/07

07 CIVIL 7593 (DLC)
**JUDGMENT**

#07 2425

  Petitioners having moved for summary judgment, and the matter having been brought before the Honorable Denise Cote, United States District Judge, and the Court, on December 4, 2007, having issued its Memorandum Opinion and Order granting the petition to confirm the arbitration award in the amount of $6,428.34 along with interest in the amount of $287.76 and costs in the amount of $350.00 for a total sum of $7,066.10, and directing the Clerk of the Court to enter judgment, it is,

  **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 4, 2007, the petition to confirm the arbitration award is granted in the amount of $6,428.34 along with interest in the amount of $287.76 and costs in the amount of $350.00 for a total sum of $7,066.10; accordingly, the case is closed.

**Dated:** New York, New York
   December 20, 2007

                 J. MICHAEL MCMAHON
                   Clerk of Court
            BY:
                   Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____**